**No. 54733.**—Meer Corp. and S. B. Penick & Co. v. United States, protests 157224–K and 153849–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54734.**—Umberto Razzaboni v. United States, protest 161741–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

OCTOBER 5, 1950

**No. 54735.**—SUIT 4602.—Mutual Supply Co. v. United States. Reap. Dec. 7578 affirmed June 30, 1950. C. A. D. 437.

BEFORE THE FIRST DIVISION, OCTOBER 10, 1950·

**No. 54736.**—Chekiang Co. and Kittay & Blitz, Inc. v. United States, protests 158083–K (A) and 157586–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54737.**—Charles Hall, Inc., et al. v. United States, protests 158480–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54738.**—Caron Corporation and Coty, Inc. v. United States, protests 158565–K and 156007–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54739.**—C. S. Emery & Company v. United States, protest 145756–K (St. Albans).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise consists of wool flocks the same in all material respects as those the subject of *Walker Services* v. *United States* (24 Cust. Ct. 190, C. D. 1230), the claim of the plaintiff was sustained.